Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:   (818) 933-5755



FILED
FEB 14 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                           Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:           CLERK, U.S. BANKRUPTCY COURT

Re:           UNDISTRIBUTED FUNDS

Debtor:      Delfino Lopez Vargas
14253 Delans St
Van Nuys, CA  91401

Case No.:    SV10-16035-MT

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| DELFINO LOPEZ VARGAS<br>14253 DELANS ST.<br>VAN NUYS, CA 91401 | $ 595.04 |

Dated:  February 11, 2011

_Elizabeth J Rojas_
Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0823723  
Check Date: 02/11/2011  
Check Amt: 595.04

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1016035 | Claim #: 00000 | Delfino Lopez Vargas | ███████ | 0.00 | 0.00 | 595.04 | 595.04 |
| | | TOTALS | | 0.00 | 0.00 | 595.04 | 595.04 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK  
818 W. Seventh Street, Suite 220  
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Feb 11, 2011  
CHECK NO.: 0823723  
CHECK AMOUNT: $********595.04  
VOID AFTER 60 DAYS

Vargas, Delfino Lopez  
Case No: 1016035

PAY ONLY **595.04** FIVE NINE FIVE PERIOD ZERO FOUR

PAY TO THE ORDER OF: CLK US BANKRUPTCY CT

VOID OVER $595.04

*Elizabeth F Rojas* (signature)

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑆0823723⑆ ⑈122044300⑈ 001 111690⑆